# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Samantha Bridget Boult
160 Collins
Anna , TX 75409
SSN: XXX-XX-6838
Debtor

Case No. 24-42124 btr
Chapter: 7

## ORDER DISMISSING PLEADING WITHOUT PREJUDICE

On this date, the Court considered the <u>FIRST AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY NOTICE</u> (the "Pleading") filed by <u>Kelly Nguyen</u> (the "Movant") on September 25, 2024. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to serve pleading or summary of same upon all parties entitled to notice or who have requested notice. **LBR 9013(f)**

IT IS THEREFORE ORDERED that the Pleading filed by Movant on September 25, 2024 is hereby DISMISSED without prejudice.

Signed on 10/01/2024

*Brenda T. Rhoades*   SD
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE