GAIL E. STOCK
JAMESON AND DUNAGAN, P.C.
5429 LBJ Freeway, Suite 300
Dallas, Texas  75240
(214) 369-6422
(214) 369-9175 - fax

Attorneys for Applicant
AUTO USA, LTD.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-42124 |
| SAMANTHA BRIDGET BOULT | § | |
|    Debtor | § | Chapter 7 |
| | § | |
| AUTO USA, LTD. | § | |
|    Creditor | § | |
| | § | |
| vs. | § | |
| | § | |
| SAMANTHA BRIDGET BOULT | § | |
|    Debtor | § | |

**ORDER GRANTING
MOTION TO LIFT STAY
FILED BY AUTO USA, LTD.**

     On October 7, 2024, a Motion to Lift Stay ("Motion") was filed by AUTO USA, LTD. ("Movant") in the above-referenced case.  The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen day negative notice language pursuant to L.B.R. 4001(a), which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed.
     The Court finds that no objection or other written response to the Motion has been timely filed by any party.  Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed; therefore, the Court finds that good and sufficient cause exists for the entry of the following order; therefore, it is

1. ORDERED, ADJUDGED, and DECREED that the Motion to Lift Stay filed by AUTO USA, LTD. is hereby GRANTED so as to authorize termination of the automatic stay of 11 U.S.C. § 362 on the date of the signing of this Order of this Court, thereby allowing the Movant to foreclose on its security interest in a **2016 Hyundai Veloster, VIN #KMHTC6AD5GU293109**; furthermore, it is

2. ORDERED, ADJUDGED, and DECREED that, since the Motion was unopposed by any party, the fourteen day stay period otherwise imposed by Rule 4001(a)(3) shall not be applicable to this Order.

Signed on 10/28/2024

*Brenda T. Rhoades*    SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ GAIL E. STOCK
GAIL E. STOCK, Attorney for AUTO USA, LTD.