UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

| | § | |
|---|---|---|
| IN RE: | § | CASE NO. 24-42124-BTR |
| SAMANTHA BRIDGET BOULT | § | |
| *Debtor.* | § | Chapter 7 |
| | § | |

| | § | |
|---|---|---|
| Kelly Nguyen | § | |
| *Movant*, | § | |
| | § | |
| V. | § | |
| | § | |
| Samantha Bridget Boult | § | |
| *Respondent*. | § | |

### ORDER GRANTING RELIEF FROM AUTOMTAIC STAY
(Property Address: 160 Collin Street, Anna, Texas 75409)

After considering the Motion for Relief from the Automatic Stay filed with the Court on October 8, 2024, the Court finds that the Order Granting Relief from the Automatic Stay should be entered.

It is therefore, ORDERED, that the Motion for Relief from the Automatic Stay filed by Ms. Kelly Nguyen on October 8, 2024, is hereby **GRANTED** so as to authorize Movant to take any an all steps necessary to exercise any and all statutory and contractual rights she has in the leased property located at 160 Collin Street, Anna, Texas 75409.

**IT IS FURTHER ORDERED** that the enforcement of this order shall not be stayed until the expiration of (14) days after entry of this order, but rather can be enforced upon entry and the requirements of Rule 4001(a)(3) are waived.

Signed on 10/28/2024

*Brenda T. Rhoades*        SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE